# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ELYANA SUKWANPUTRA, and FNU YULIUS<br><br>v.<br><br>WILLIAM BARR, United States Attorney General, et al. | CIVIL ACTION<br><br>NO. 19-3965 |
|---|---|

## ORDER

**AND NOW**, this 19th day of September, 2019, for the reasons stated in the foregoing Memorandum, Plaintiffs are given leave to file an Amended and/or Supplemental Complaint within fourteen (14) days, or to file a separate Complaint in the Middle District of Pennsylvania, seeking habeas relief, as soon as practicable.

However, if Plaintiffs' counsel ascertains that Plaintiffs are in danger of immediate removal, counsel may file a Motion in this Court as an emergency matter, as this Court may have power to stay removal if Plaintiffs have exhausted all other remedies.

**BY THIS COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-3965 Sukwanputra v Barr\19cv3965 order for memorandum 09192019.docx